AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

AMERINET, INC.,
Plaintiff

V.

JOINT PURCHASING CORPORATION
and
CREATIVE SOURCE CONCEPTS, INC.,
Defendants

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: CA 07 91ML

TO: (Name and address of Defendant)

Joint Purchasing Corporation
Attn: Christopher C. Moore
11 Penn Plaza
New York, New York 10007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Linn F. Freedman, Esq.
Nixon Peabody LLP
One Citzens Plaza
Suite 500
Providence, RI 02903
(401) 454-1108
Fax: (866) 807-6614

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Paulette J. Duke
Chief Deputy Clerk
CLERK

3-7-07
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE MARCH 12, 2007 |
|---|---|
| NAME OF SERVER *(PRINT)* MICHAEL ABBRUZZESE | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: JUDY @ the LAW OFFICE OF JACOBSON MERMELSTEIN & SQUIRE LLP 52 VANDERBILT AVE 14FLOOR NEW YORK NY 10017

☐ Returned unexecuted:

☐ Other (specify): For JOINT PURCHASING CORP (DEFENDANTS)

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on MARCH 12, 2007
Date

[signature]
*Signature of Server*

1 BETTA PLACE LYNBROOK NY 11563
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.