AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

AMERINET, INC.,
Plaintiff

V.

JOINT PURCHASING CORPORATION
and
CREATIVE SOURCE CONCEPTS, INC.,
Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: CA 07 91 ML

TO: (Name and address of Defendant)

Creative Source Concepts, Inc.
Attn: J. Fred Convery, III, Esq.
Reed Smith Shaw & McClay, LLP
136 Mian Street - Forestale Villes
Princeton, New Jersey 08543

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Linn F. Freedman, Esq.
Nixon Peabody LLP
One Citzens Plaza
Suite 500
Providence, RI 02903
(401) 454-1108
Fax: (866) 807-6614

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Paulette J. Duke
Chief Deputy Clerk

CLERK

DATE 3-7-07

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 3/9/07 |
| NAME OF SERVER (*PRINT*) WALTER HETZLER | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify): PERSONALLY SERVED CREATIVE SOURCE CONCEPTS, INC by SERVING J. FRED CONVERY III, ESQ. REED SMITH SHAW & McCLAY, LLP, 136 MAIN St, PRINCETON, NJ 08543 AT 3:00PM PERSON ACCEPTING SERVICE: ROBERT MILLS — RECORDS DEPT

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/9/07
Date

[signature]
*Signature of Server*

230 N MARKET St, WILM DE 19801
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF PERSONAL SERVICE

STATE OF DELAWARE }
}ss.
COUNTY OF NEW CASTLE }

I, Walter Hetzler, of the State of Delaware, County of New Castle, being duly sworn, says that on the 9th day of March, 2007, at 3:00 p.m., I personally served a copy of a SUMMONS & COMPLAINT on **CREATIVE SOURCE CONCEPTS, INC.,** at REED SMITH SHAW & MCCLAY, LLP, 136 Main Street- Forestale Villas, Princeton, NJ 08543.

Name of individual accepting service: Robert Mills
Description of individual served: Black male, 40-45 years old, 5'6" tall, 150lbs with black hair.

Walter Hetzler

Subscribed and sworn before me
This 9th day of March, 2007

Notary Public

My commission expires:

CAREY M. SHEA
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 24, 2007