UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AMERINET, INC.<br>Plaintiff,<br><br>v.<br><br>JOINT PURCHASING CORPORATION,<br><br>and<br><br>CREATIVE SOURCE CONCEPTS, Inc.,<br>Defendants. | : | CA 07-91 ML |

**PLAINTIFF AMERINET, INC.'S DISCLOSURE**
**OF CORPORATE INTERESTS CERTIFICATE**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, counsel of record for Amerinet, Inc. hereby gives notice the following corporate interests are disclosed:

1. The parent companies of the corporation: None.

2. Subsidiaries not wholly owned by the corporation: None.

3. Any publicly held company that owns ten percent (10%) or more of the corporation: None.

Amerinet, Inc.
By its Attorney,

/s/ Linn F. Freedman

Linn F. Freedman, Esq. (#4778)
Nixon Peabody, LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Telephone: 401-454-1108
Facsimile: 866-807-6614

Dated: March 21, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2007, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system and sent by first-class mail to:

David A. Wollin, Esq.
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 7th Floor
Providence, RI 02903

/s/ Linn F. Freedman