UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AMERINET, INC. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 07-91 ML |
| | : | |
| JOINT PURCHASING CORPORATION, | : | |
| CREATIVE SOURCE CONCEPTS, INC., | : | |
| | : | |
| Defendants. | : | |

**STIPULATION**

Plaintiff Amerinet, Inc. and Defendants Joint Purchasing Corporation and Creative Source Concepts, Inc. hereby stipulate and agree, pursuant to Local Civil Rule 29(b), that the time for Defendants to answer or otherwise respond to Plaintiff's Complaint is hereby extended until May 1, 2007.

AMERINET, INC.
By its Attorneys,

*/s/ Linn F. Freedman*
LINN F. FREEDMAN, ESQ. (#4778)
NIXON PEABODY, LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1108
Fax: (866) 807-6614
Dated: March 22, 2007

JOINT PURCHASING CORPORATION,
CREATIVE SOURCE CONCEPTS, INC.
By their Attorneys,

*/s/ David A. Wollin*

DAVID A. WOLLIN (#4950)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 351-4607
Dated: March 22, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of March, 2007, I served a copy of the within by hand delivery/first class mail, postage prepaid, upon the following counsel of record:

Linn F. Freedman, Esq
Nixon Peabody, LLP
One Citizens Plaza, Suite 500
Providence, RI 02903

*/s/ David A. Wollin*

412401_1.doc