# EXHIBIT 2

ECF

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:07-cv-02298-JGK

Joint Purchasing Corporation v. Amerinet, Inc. et al
Assigned to: Judge John G. Koeltl
Case in other court: State Court-Supreme, 102622-07
Cause: 28:1332 Diversity-Other Contract

Date Filed: 03/19/2007
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**Joint Purchasing Corporation**

represented by **Arthur R. Lehman**
Arthur R. Lehman, L.L.C.
52 Vanderbilt Avenue
New York, NY 10017
(212) 697-2715
Fax: (212)-697-2773
Email: lehmanlawnyc@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Creative Source Concepts, Inc.**

represented by **Arthur R. Lehman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Amerinet, Inc.**

represented by **John Francis Bolton**
Nixon Peabody, LLP (J'rcho)
50 Jericho Quandrangle
Suite 300
Jericho, NY 11753-2728
(516) 832-7616
Fax: (516) 832-7555
Email: jbolton@nixonpeabody.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Stewart Cohen**
Nixon Peabody, LLP (J'rcho)
50 Jericho Quandrangle
Suite 300
Jericho, NY 11753-2728
(516) 832-7544

Fax: (516) 832-7555
Email: mcohen@nixonpeabody.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Medea Ansari Myers**
Nixon Peabody LLP (NYC)
437 Madison Avenue
New York, NY 10022
(212)-940-3094
Fax: (866)-440-6482
Email: mmyers@nixonpeabody.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Amerinet Group Purchasing LLC.** represented by **John Francis Bolton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Stewart Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Medea Ansari Myers**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ADR Provider**

**Vector Healthsystems, Inc.** represented by **Peter Herbert**
Hinckley, Allen & Snyder, LLP
28 State Street
Boston, MA 02109
(617)345-9000
Fax: (617)345-9020
Email: pherbert@haslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/19/2007 | 1 | NOTICE OF REMOVAL from New York State Supreme Court, County of New York. Case Number: 102622-07. (Filing Fee $ 350.00, Receipt Number 609476).Document filed by Amerinet, Inc., Amerinet Group Purchasing LLC.. (jpo) (Entered: 03/20/2007) |
| 03/19/2007 | | Magistrate Judge Kevin N. Fox is so designated. (jpo) (Entered: 03/20/2007) |
| 03/19/2007 | | Case Designated ECF. (jpo) (Entered: 03/20/2007) |

| | | |
|---|---|---|
| 03/19/2007 | 2 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Amerinet, Inc., Amerinet Group Purchasing LLC..(jpo) (Entered: 03/20/2007) |
| 03/28/2007 | 3 | AMENDED NOTICE OF REMOVAL against Joint Purchasing Corporation; amending [1] Notice of Removal.Document filed by Amerinet, Inc., Amerinet Group Purchasing LLC.. Related document: [1] Notice of Removal filed by Amerinet Group Purchasing LLC., Amerinet, Inc..(Myers, Medea) (Entered: 03/28/2007) |
| 03/28/2007 | 4 | CERTIFICATE OF SERVICE of Amended Notice of Removal and Notice of Filing of Amended Notice of Removal served on Plaintiffs on 03/28/2007. Service was made by Overnight Mail. Document filed by Amerinet, Inc., Amerinet Group Purchasing LLC.. (Myers, Medea) (Entered: 03/28/2007) |
| 03/28/2007 | 5 | STIPULATION AND ORDER defendants' time to respond to the complaint in this action is extended to 4/26/07. So Ordered. (Signed by Judge John G. Koeltl on 3/27/07) (jco) (Entered: 03/29/2007) |
| 03/28/2007 | | Set Answer Due Date purs. to 5 Stipulation and Order as to Amerinet, Inc. answer due on 4/26/2007; Amerinet Group Purchasing LLC. answer due on 4/26/2007. (jco) (Entered: 03/29/2007) |
| 04/06/2007 | 6 | MOTION to Dismiss *or in the Alternative to Transfer Venue*. Document filed by Amerinet, Inc., Amerinet Group Purchasing LLC..Responses due by 4/23/2007,Return Date set for 5/7/2007 10:00 AM.(Bolton, John) (Entered: 04/06/2007) |
| 04/06/2007 | 7 | AFFIDAVIT of John F. Bolton in Support re: 6 MOTION to Dismiss *or in the Alternative to Transfer Venue*.. Document filed by Amerinet, Inc., Amerinet Group Purchasing LLC.. (Bolton, John) (Entered: 04/06/2007) |
| 04/06/2007 | 8 | MEMORANDUM OF LAW in Support re: 6 MOTION to Dismiss *or in the Alternative to Transfer Venue*.. Document filed by Amerinet, Inc., Amerinet Group Purchasing LLC.. (Bolton, John) (Entered: 04/06/2007) |
| 04/06/2007 | 9 | CERTIFICATE OF SERVICE of Defendant Amerinet, Inc. and Amerinet Group Purchasing LLC's Notice of Motion to Dismiss, or in the Alternative, Transfer Venue; Affidavit of John F. Bolton in Support of Motion; Memorandum of Law in Support of Motion served on Plaintiffs Joint Purchasing Corporation and Creative Source Concepts, Inc. on April 6, 2007. Service was made by Overnight Mail. Document filed by Amerinet, Inc., Amerinet Group Purchasing LLC.. (Bolton, John) (Entered: 04/06/2007) |
| 04/10/2007 | 10 | MOTION to Dismiss *for improper venue, or in the alternative, motion to transfer*. Document filed by Vector Healthsystems, Inc..(Herbert, Peter) (Entered: 04/10/2007) |
| 04/10/2007 | 11 | NOTICE of Notice of motion to dismiss or in the alternative to transfer venue re: 10 MOTION to Dismiss *for improper venue, or in the alternative, motion to transfer*.. Document filed by Vector Healthsystems, Inc.. (Herbert, Peter) (Entered: 04/10/2007) |
| 04/10/2007 | 12 | CERTIFICATE OF SERVICE of Motion to Dismiss or in the Alternative to |

| | | |
|---|---|---|
| | | Transfer Venue served on Arthur Lehman, Michael Cohen, John. F. Bolton, on April 10, 2007. Service was made by mail. Document filed by Vector Healthsystems, Inc.. (Herbert, Peter) (Entered: 04/10/2007) |
| 04/24/2007 | 13 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Joint Purchasing Corporation as Corporate Parent. Document filed by Creative Source Concepts, Inc..(Lehman, Arthur) (Entered: 04/24/2007) |
| 04/24/2007 | 14 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Joint Purchasing Corporation.(Lehman, Arthur) (Entered: 04/24/2007) |
| 04/24/2007 | 15 | FILING ERROR - DEFICIENT DOCKET ENTRY - CROSS MOTION to Stay re: 6 MOTION to Dismiss or in the Alternative to Transfer Venue. Document filed by Joint Purchasing Corporation, Creative Source Concepts, Inc.. (Attachments: # 1 Affidavit Affidavit of Christopher Moore in opposition to motion to transfer and in support of cross-motion to stay Rhode Island proceedings# 2 Affidavit Affirmation of Arthur Lehman in opposition to motion to transfer and in support of cross-motion to stay proceedings# 3 Affidavit Affidavit of Lee Mermelstein in opposition to motion to transfer and in support of cross-motion to stay Rhode Island proceedings)(Lehman, Arthur) Modified on 4/25/2007 (KA). (Entered: 04/24/2007) |
| 04/24/2007 | 16 | CERTIFICATE OF SERVICE of Notice of Cross-Motion and supporting affidavits served on Amerinet Inc. and Amerinet Group Purchasing LLC on April 20, 2007. Service was made by overnight courier. Document filed by Joint Purchasing Corporation, Creative Source Concepts, Inc.. (Lehman, Arthur) (Entered: 04/24/2007) |
| 04/24/2007 | 17 | MEMORANDUM OF LAW in Opposition re: 6 MOTION to Dismiss *or in the Alternative to Transfer Venue*., 15 CROSS MOTION to Stay re: 6 MOTION to Dismiss *or in the Alternative to Transfer Venue*..CROSS MOTION to Stay re: 6 MOTION to Dismiss *or in the Alternative to Transfer Venue*..CROSS MOTION to Stay re: 6 MOTION to Dismiss *or in the Alternative to Transfer Venue*... Document filed by Joint Purchasing Corporation, Creative Source Concepts, Inc.. (Lehman, Arthur) (Entered: 04/24/2007) |
| 04/24/2007 | 18 | CERTIFICATE OF SERVICE of Plaintiffs' Memorandum of Law in Opposition to Motion to Transfer and in Support of Cross-motion to Stay Rhode Island Proceedings served on Amerinet Inc and Amerinet Group Purchasing LLC on April 20, 2007. Service was made by overnight courier. Document filed by Joint Purchasing Corporation, Creative Source Concepts, Inc.. (Lehman, Arthur) (Entered: 04/24/2007) |
| 04/25/2007 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - DEFICIENT DOCKET ENTRY ERROR. Note to Attorney Arthur R. Lehman to RE-FILE Document 15 CROSS MOTION to Stay re: 6 MOTION to Dismiss or in the Alternative to Transfer Venue. CROSS MOTION to Stay re: 6 MOTION to Dismiss or in the Alternative to Transfer Venue. CROSS MOTION to Stay re: 6 MOTION to Dismiss or in the Alternative to Transfer Venue. ERROR(S): Filing Error of Affidavit/Affirmation in opposition. Each document must be filed individually. Event code located under Replies, Opposition and Supporting |

| | | |
|---|---|---|
| | | Documents. (KA) (Entered: 04/25/2007) |
| 04/25/2007 | 19 | CROSS MOTION to Stay re: 6 MOTION to Dismiss *or in the Alternative to Transfer Venue*.. Document filed by Joint Purchasing Corporation, Creative Source Concepts, Inc..(Lehman, Arthur) (Entered: 04/25/2007) |
| 04/25/2007 | 20 | AFFIDAVIT of Christopher Moore in Opposition re: 6 MOTION to Dismiss *or in the Alternative to Transfer Venue*.. Document filed by Joint Purchasing Corporation, Creative Source Concepts, Inc.. (Lehman, Arthur) (Entered: 04/25/2007) |
| 04/25/2007 | 21 | AFFIRMATION of Arthur Lehman in Opposition re: 6 MOTION to Dismiss *or in the Alternative to Transfer Venue*.. Document filed by Joint Purchasing Corporation, Creative Source Concepts, Inc.. (Lehman, Arthur) (Entered: 04/25/2007) |
| 04/25/2007 | 22 | AFFIDAVIT of Lee Mermelstein in Opposition re: 6 MOTION to Dismiss *or in the Alternative to Transfer Venue*.. Document filed by Joint Purchasing Corporation, Creative Source Concepts, Inc.. (Lehman, Arthur) (Entered: 04/25/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/01/2007 08:33:30 | | | |
| **PACER Login:** | ap0009 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:07-cv-02298-JGK |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |