UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AMERINET, INC.<br><br>Plaintiff,<br><br>v.<br><br>JOINT PURCHASING CORPORATION, and CREATIVE SOURCE CONCEPTS, INC.,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 07-91 ML |

**DEFENDANTS' RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Joint Purchasing Corporation ("JPC") and Creative Source Concepts, Inc. ("CSC") hereby state that 1) JPC, a private, non-governmental party, has no parent corporation and there is no publicly held corporation that owns 10% or more of its stock; and 2) CSC is a wholly-owned subsidiary of JPC.

Respectfully submitted,

JOINT PURCHASING CORPORATION and
CREATIVE SOURCE CONCEPTS, INC.,

By their attorneys,

*/s/ David A. Wollin*
David A. Wollin (#4950)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
E-Mail: dwollin@apslaw.com
Phone: 401.274.7200
Fax: 401.351.4607
Dated: May 1, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of May, 2007, I did send a true copy of the within document by electronic means (ECF) to:

Linn F. Freedman, Esq
Nixon Peabody, LLP
One Citizens Plaza, Suite 500
Providence, RI 02903

*/s/ David A. Wollin*

415946_1.doc