# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOINT PURCHASING CORPORATION and CREATIVE SOURCE CONCEPTS, INC.,<br>Plaintiff,<br><br>- against -<br><br>AMERINET, INC., AMERINET GROUP PURCHASING LLC, VECTOR HEALTHSYSTEMS, INC., and GENERAL ELECTRIC COMPANY,<br><br>Defendants. | Case No. 07 CV 2298 (JGK)<br><br>AFFIDAVIT IN SUPPORT OF THE AMERINET DEFENDANTS' MOTION TO DISMISS OR TRANSFER VENUE |

STATE OF RHODE ISLAND )
)
COUNTY OF PROVIDENCE )

STEPHEN J. SAUCIER, being duly sworn, deposes and says:

1. I am the President of Vector Healthsystems, Inc., ("Vector"), one of the defendants in the above-captioned action. I have personal knowledge of the facts set forth in this affidavit and would testify competently to them if called as a witness at trial.

2. Vector entered into a contract to purchase the Plaintiffs' group purchasing businesses and contracts (the "JPC Asset Purchase Agreement") and closed such transaction on April 23, 2004. Vector transferred the entirety of its interest in these assets to Amerinet, Inc. ("Amerinet") on May 31, 2006, with Plaintiffs' written consent.

3. I was involved in the negotiation of the JPC Asset Purchase Agreement and have personal knowledge of the facts related to the JPC Asset Purchase Agreement.

4. At that time, Plaintiffs exited the group purchasing business, but continued to operate as a non-profit organization solely for the purpose of providing educational programs to the medical community.

5. The JPC Asset Purchase Agreement was structured to and in fact included the JPC name as a transferred asset with respect to the group purchasing business.

6. Wayne Thompson and Edward Cienki represented Plaintiffs in the negotiation and execution of the JPC Asset Purchase Agreement, as President and Chief Executive Officer of Joint Purchasing Corporation ("JPC") and President of Creative Source Concepts, Inc. ("CSC"), respectively. Christopher Moore was not involved in the negotiation or execution of the JPC Asset Purchase Agreement in any way and, in fact, did not become President of JPC and CSC until after the transaction closed.

7. Mr. Thompson and Mr. Cienki both traveled to Rhode Island to negotiate and structure the terms of the JPC Asset Purchase Agreement.

8. Vector executed the JPC Asset Purchase Agreement in Rhode Island.

9. Vector paid the purchase price to Plaintiffs by wire transfer originating in Rhode Island.

10. The documents related to the JPC Asset Purchase Agreement were assembled and the closing binder was prepared in Rhode Island.

FURTHERMORE, THE AFFIANT SAYETH NOT.

Stephen J. Saucier
Vector Healthsystems, Inc.

Subscribed and sworn to before me a Notary Public on this the 3rd day of May 2007.

Sandra Mata Mac

Notary Public

My Commission Expires: 10/11/2009