my attached



UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AMERINET, INC.<br><br>Plaintiff,<br><br>v.<br><br>JOINT PURCHASING CORPORATION, and CREATIVE SOURCE CONCEPTS, INC.,<br><br>Defendants. | : | C.A. No. 07-91 ML |

**DEFENDANTS' MOTION TO STAY PROCEEDINGS**

Defendants Joint Purchasing Corporation ("JPC") and Creative Source Concepts, Inc. ("CSC") (collectively, "Defendants") respectfully move to stay all proceedings in this action, including Defendants' response to Plaintiff Amerinet, Inc.'s complaint, until after the pending motion to dismiss/transfer the related, first-filed case between the same parties, captioned *Joint Purchasing Corporation et al v. Amerinet, Inc. et al*, Case No. 07-CV-2298 (S.D.N.Y.) (hereinafter "New York action"), is resolved. Defendants request a stay until ten days after the motion to dismiss/transfer in the New York action is decided. The grounds for this motion are set forth in the accompanying memorandum of law.

Respectfully submitted,

JOINT PURCHASING CORPORATION,
CREATIVE SOURCE CONCEPTS, INC.,

By their attorneys,

/s/ David A. Wollin
David A. Wollin (#4950)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

**DENIED**
Mary M. Lisi
**Mary M. Lisi**
**U.S.D.J.** 5/22/07