UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AMERINET, INC. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 07-91 ML |
| | : | |
| JOINT PURCHASING CORPORATION, | : | |
| CREATIVE SOURCE CONCEPTS, INC., | : | |
| | : | |
| Defendants. | : | |

**STIPULATION**

Plaintiff Amerinet, Inc. and Defendants Joint Purchasing Corporation and Creative Source Concepts, Inc. hereby stipulate and agree that the time for Defendants to answer or otherwise respond to Plaintiff's Complaint is hereby extended until June 6, 2007.

AMERINET, INC.
By its Attorneys,

*/s/ Linn F. Freedman*
LINN F. FREEDMAN, ESQ. (#4778)
NIXON PEABODY, LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1108
Fax: (866) 807-6614
Dated: May 23, 2007

JOINT PURCHASING CORPORATION,
CREATIVE SOURCE CONCEPTS, INC.
By their Attorneys,

*/s/ David A. Wollin*

DAVID A. WOLLIN (#4950)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 351-4607
Dated: May 23, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23d day of May, 2007, I served a copy of the within by hand delivery/first class mail, postage prepaid, upon the following counsel of record:

Linn F. Freedman, Esq
Nixon Peabody, LLP
One Citizens Plaza, Suite 500
Providence, RI 02903

*/s/ David A. Wollin*

*418530_1.doc*