# EXHIBIT 7

Vector
Corporate Offices
10 Charles Street
Providence, RI 02904
Phone 401 453-8300
Fax 401 453-8315
www.vectorsystems.com

May 1, 2006

***VIA FEDERAL EXPRESS***

Joint Purchasing Corporation
11 Penn Plaza
New York, NY 10001
Attention: Chris Moore

Jacobson, Mermelstein & Squire LLP
52 Vanderbilt Avenue
14th Floor
New York, NY 10017
Facsimile: (212) 697-1427
Attention: Lee Mermelstein, Esquire

***Re: Notice of Transfer of Assets***

Dear Mr. Moore:

Pursuant to Section 10.07 entitled "Subcontracts and Assignments" of that certain Management Services Agreement by and between Joint Purchasing Corporation ("JPC") and Vector Healthsystems, Inc. ("Vector"), dated as of March 11, 2004 (the "Agreement"), you are hereby notified that Vector has entered into an Asset Purchase Agreement by and between Vector (as seller) and Amerinet Group Purchasing LLC, a Delaware limited liability company of which Amerinet Holding Company, Inc., a Delaware corporation wholly-owned by Amerinet, Inc., is its sole member ("Amerinet") (as purchaser), dated April 10, 2006 (the "Transaction"). The Transaction will result in, among other things: (i) the transfer of Vector's group purchasing business assets to Amerinet, a current affiliate of Vector, as part of an effort to streamline and unify management of the two group purchasing organizations; (ii) the assignment of the Agreement to Amerinet (the "Assignment"); and (iii) after a transition period expected to run for approximately three months following the closing of the Transaction, a change in the management personnel assigned to perform Vector's services under the Agreement. In connection with the Assignment, Amerinet will assume all rights and obligations of Vector under the Agreement that arise, accrue and are attributable to the period after the closing date of the Transaction.

The Transaction is expected to close on or about May 31, 2006. In connection with the Transaction, the undersigned respectfully requests JPC's consent to the Assignment by countersigning this letter in the space indicated below and returning an original of same in the enclosed self-addressed, stamped envelope.

Please be advised that the proposed Transaction is confidential, and we would request that JPC maintain the confidentiality of this information until the consummation of the Transaction.

Please do not hesitate to contact the undersigned with any questions you may have.

Very truly yours,

VECTOR HEALTHSYSTEMS, INC.

By: ________________

Name: Stephen J. Saucier

Title: President

By signing below, the undersigned parties hereby consent to the Assignment of the Agreement to Amerinet pursuant to the aforementioned Transaction:

JOINT PURCHASE CORPORATION

By: ________________ Date: 5-17-2006

Name: Christopher C. Brooke

Title: President

**AGREED and ACCEPTED:**

**AMERINET GROUP PURCHASING LLC**

By: ________________ Date: ________________

Name: ________________

Title: ________________

Vector
Corporate Offices
10 Charles Street
Providence, RI 02904
Phone 401 453-8300
Fax 401 453-8315
www.vectorsystems.com

May 1, 2006

***VIA FEDERAL EXPRESS***

Creative Source Concepts, Inc.
c/o Joint Purchasing Corporation
11 Penn Plaza
New York, NY 10001
Attention: Chris Moore

Jacobson, Mermelstein & Squire LLP
52 Vanderbilt Avenue
14th Floor
New York, NY 10017
Facsimile: (212) 697-1427
Attention: Lee Mermelstein, Esquire

***Re: Notice of Transfer of Assets***

Dear Mr. Moore:

Pursuant to Section 9.07 entitled "Subcontracts and Assignments," of that certain Services Agreement by and between Creative Source Concepts, Inc. ("CSC") and Vector Healthsystems, Inc. ("Vector"), dated as of March 11, 2004 (the "Agreement"), you are hereby notified that Vector has entered into an Asset Purchase Agreement by and between Vector (as seller) and Amerinet Group Purchasing LLC, a Delaware limited liability company of which Amerinet Holding Company, Inc., a Delaware corporation wholly-owned by Amerinet, Inc., is its sole member ("Amerinet") (as purchaser), dated April 10, 2006 (the "Transaction"). The Transaction will result in, among other things; (i) the transfer of Vector's group purchasing business assets to Amerinet, a current affiliate of Vector, as part of an effort to streamline and unify management of the two group purchasing organizations; (ii) the assignment of the Agreement to Amerinet (the "Assignment"); and (iii) after a transition period expected to run for approximately three months following the closing of the Transaction, a change in the management personnel assigned to perform Vector's services under the Agreement. In connection with the Assignment, Amerinet will assume all rights and obligations of Vector under the Agreement that arise, accrue and are attributable to the period after the closing date of the Transaction.

The Transaction is expected to close on or about May 31, 2006. In connection with the Transaction, the undersigned respectfully requests CSC's consent to the Assignment by countersigning this letter in the space indicated below and returning an original of same in the enclosed self-addressed, stamped envelope.

Please be advised that the proposed Transaction is confidential, and we would request that CSC maintain the confidentiality of this information until the consummation of the Transaction.

Please do not hesitate to contact the undersigned with any questions you may have.

Very truly yours,

VECTOR HEALTHSYSTEMS, INC.

By: [signature]

Name: Stephen J. Saucier

Title: President

By signing below, the undersigned parties hereby consent to the Assignment of the Agreement to Amerinet purchase to the aforementioned Transaction:

CREATIVE SOURCE CONCEPTS, INC.

By: [signature] Date: 5-17-06

Name: Christopher C. Moore

Title: President

**AGREED and ACCEPTED:**

**AMERINET GROUP PURCHASING LLC**

By: ____________________ Date: ____________________

Name: ____________________

Title: ____________________