# EXHIBIT 8

JPC Since 1922

September 25, 2006

Mr. Noel Knobloch
Chief Financial Officer
Amerinet Group Purchasing LLC
2060 Craigshire Road
St. Louis, MO 63146

Dear Mr. Knobloch:

Reference is made to that certain Asset Purchase Agreement, dated March 11, 2004 (the "Agreement") by and among Joint Purchasing Corporation ("JPC") and Creative Source Concepts, Inc.("CSC") and Vector Healthsystems, Inc. ("Vector") relating to the sale of certain assets by JPC and CSC to Vector, including certain contracts, agreements and arrangements with suppliers/vendors (the "Vendors") by JPC and CSC (the "Contracts") pursuant to which JPC and CSC received and have been receiving for contract administration fees under such contracts. Amerinet Group Purchasing LLC ("Amerinet") recently has succeeded to the business and assets of Vector, including Vector's rights and obligations under the Contracts arising from the Agreement.

JPC, on behalf of itself and CSC, it's wholly-owned subsidiary, and Amerinet desire to alter the previous arrangements and procedures pursuant to which the checks payable to JPC and CSC from the Vendors have been received by JPC, deposited in a JPC account and the funds in respect thereof thereafter have been forwarded to Vector. Amerinet and JPC have now agreed that, effective as of the date hereof, the above referenced checks will be forwarded to Amerinet, endorsed by Amerinet using a JPC pre-approved endorsement stamp and deposited directly by Amerinet in its bank account. To initiate this procedure, JPC requires that Amerinet agrees to indemnify JPC and/or CSC from any all costs, claims and expenses in respect of any claims by the Vendors against JPC and/or CSC alleging that any such endorsement by JPC to Amerinet, or deposit by Amerinet of, such checks was not authorized or inappropriate under the terms and condition of the Contracts. The following sets forth the indemnification required:

11 Penn Plaza, 5th Floor
New York, NY 10001
212 946-2687

Amerinet agrees to indemnify JPC and/or CSC and their officers, directors and employees against, and hold JPC and/or CSC and their officers, directors and employees harmless from, any and all losses, liabilities, damages, deficiencies, interest, costs and expenses and any judgments, costs and expenses (including reasonable attorneys' fees and expenses incident thereto or arising from the enforcement of this letter agreement (collectively, "Loss"), arising, from and after the date hereof, from any claim by a Vendor that any payment, by check or otherwise, to JPC and/or CSC, as the case may be, by such Vendor pursuant to the above referenced Contracts as subsequently endorsed to and/or deposited by Amerinet was not authorized or inappropriate under the terms and condition of the Contracts.

If the foregoing is in accordance with our understanding and your agreement, please execute the duplicate copy of this letter enclosed and return it by facsimile to me at 847 557-2148.

Very truly yours,

Digitally signed by Christopher Moore
DN: CN = Christopher Moore, C = US, OU = President, JPC
Reason: Agreed 9-25-06
Location: 11 Penn Plaza, 5th Floor, New York, NY 10001
Date: 2006.09.25 13:48:22 -05'00'

Christopher Moore,

President

*Agreed and accepted as of the* 25th *day of* September*, 2006*
*Amerinet Group Purchasing LLC*

By: ______________________

**Name: Noel Knobloch**
**Title: Chief Financial Officer**