# EXHIBIT 9

# MANAGEMENT SERVICES AGREEMENT

THIS MANAGEMENT SERVICES AGREEMENT (the "Agreement") is entered into this 11th day of March, 2004 among Joint Purchasing Corporation ("JPC") and Vector Healthsystems, Inc. ("Manager"), to be effective upon the Effective Date.

## RECITALS

WHEREAS, JPC is a New York non-profit corporation located in New York, New York; and

WHEREAS, JPC and Manager are entering into a purchase and sale agreement dated as of March 11, 2004 (the "Purchase Agreement") pursuant to which Manager is purchasing certain assets from JPC and, as a condition thereto, has agreed to provide management services; and

WHEREAS, JPC is, and after the Effective Date shall continue to be, a Member and Manager of the following limited liability companies: Coastal Cooperative of New Jersey, LLC ("Coastal"), Cooperative Healthcare Services of South Jersey, L.L.C. ("Atlantic"), and Cardinal Health Initiatives, LLC ("Cardinal") (Coastal, Atlantic and Cardinal are sometimes collectively referred to as the "Companies"); and

WHEREAS, JPC is, and after the Effective Date shall continue to be, a member of Mid-Atlantic Group Network of Shared Services, Inc., a New York not for profit corporation ("Magnet") pursuant to the terms of Exhibit A; and

WHEREAS, JPC is a party to certain agreements listed on Exhibit B, which agreements require the consent of a third party upon the occurrence of certain events contemplated by the Purchase Agreement; and

WHEREAS, the parties contemplate requesting the consent of such third parties after the Closing (as defined in the Purchase Agreement), however, prior to the obtaining of such consent, Manager may provide services as requested by JPC until such consents are obtained or the term of such agreements expire; and

WHEREAS, Manager is a Rhode Island for-profit corporation located in Providence, Rhode Island which has significant experience managing the contracting operations of group purchasing programs, and has agreed to provide management services for the benefit of JPC upon the terms and conditions set forth herein; and

WHEREAS, JPC and Manager desire to provide for a more definitive agreement for management services.

[illegible] JPC:

Joint Purchasing Corporation
1865 Broadway
New York, NY 10023
Facsimile: (212) 957-1489
Attention: Chairman of Board

With copies to:

Jacobson, Mermelstein & Squire LLP
52 Vanderbilt Avenue
14th Floor
New York, NY 10017
Facsimile: (212) 697-1427
Attention: Lee Mermelstein, Esquire

[illegible] Manager:

Vector Healthsystems, Inc.
10 Charles Street
Providence, RI 02904
Facsimile: (401) 453-8507
Attention: Stephen J. Saucier, President

With copies to:

Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, Rhode Island 02903
Facsimile: (401) 277-9600
Attention: Sandra Matrone Mack, Esquire

[illegible] Either Party shall have the right to change the place to which such notice shall be sent or delivered by similar notice sent in like manner to the other Party.

10.08 Effective Date of Notice. The effective date of any notice issued pursuant to this Agreement shall be the date of the addressee's receipt of such notice.

10.09 Severability. If any provision of the Agreement is determined by a court of competent jurisdiction to be void or unenforceable in whole or in part, such determination shall not affect or impair the enforceability or validity of any other provision of this Agreement.

10.10 Subcontracts and Assignments. Manager may not assign this Agreement or delegate, assign or subcontract all or any of its duties under this Agreement without the express written consent of JPC; provided, however, that Manager may freely assign this Agreement to an Affiliate of Manager or to any successor of Manager as a result of a sale of substantially all of its assets, merger or like transaction, provided it first notifies JPC in writing of the Affiliate or successor, and said Affiliate or successor will not change the management personnel assigned to perform the services required of Manager hereunder. As used herein, "subcontract" does not include any contract entered into by Manager in JPC's name, as agent or on JPC's behalf, as authorized by this Agreement.