UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AMERINET, INC.<br><br>Plaintiff,<br><br>v.<br><br>JOINT PURCHASING CORPORATION,<br>CREATIVE SOURCE CONCEPTS, INC.,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 07-91 ML |

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff Amerinet, Inc. hereby moves that Danielle T. Uy be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

AMERINET, INC.

By its Attorneys,

/s/ Linn F. Freedman
LINN F. FREEDMAN, ESQ. (#4778)
NIXON PEABODY, LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1108
Fax: (866) 807-6614
Dated: June 7, 2007

# ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I, Danielle T. Uy, hereby certify as follows:

1. I am a member in good standing of the bar of the States of Missouri and Illinois and of the following Federal District Court and/or Court of Appeals Bars: United States District Court for the Northern District of Illinois, United States District Court for the Southern District of Illinois, United States District Court for the Eastern District of Missouri; my eligibility to practice before those courts has not been restricted in any way.

2. I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

3. I have never been convicted of any crime other than minor traffic offenses.

4. I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months.

5. I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

6. I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

7. For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may

result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

DANIELLE T. UY (Mo. Bar. # 49914)
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, MO 63101
Tel: (314) 552-6453
Fax: (314) 552-7453

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Linn F. Freedman
LINN F. FREEDMAN, ESQ. (#4778)
NIXON PEABODY, LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1108
Fax: (866) 807-6614

This motion is hereby ______________________.

______________________________________

District Judge

Date:

**CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2007, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system to:

David A. Wollin
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
dwollin@apslaw.com

/s/ Linn F. Freedman