UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AMERINET, INC.<br><br>Plaintiff,<br><br>v.<br><br>JOINT PURCHASING CORPORATION,<br>CREATIVE SOURCE CONCEPTS, INC.,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 07-91 ML |

**VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

COMES NOW Plaintiff Amerinet, Inc., and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses the above-captioned action without prejudice, thereby reserving its right to re-file this action at a future point in time if necessary.

Respectfully submitted,

Amerinet, Inc.
By its Attorney,

/s/ Linn F. Freedman

Linn F. Freedman, Esq. (#4778)
Nixon Peabody, LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Telephone: 401-454-1108
Facsimile: 866-807-6614
E-mail: lfreedman@nixonpeabody.com

Dated: June 27, 2007

CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2007, a true and correct copy of the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system to:

David A. Wollin, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

/s/ Linn F. Freedman